IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WILLIE LACY, III | § | |
| v. | § | CIVIL ACTION NO. 6:08cv48 |
| DR. ROBERT HUDSON, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed without prejudice pursuant to Plaintiff's Notice of Dismissal (document #8 and #9). No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice pursuant to Plaintiff's Notice of Dismissal (document #8 and #9). Any motion not previously ruled on is **DENIED**.

**SIGNED this 10th day of June, 2008.**

N:\Civil\Referrals\Lacy - Order Adopting R&R2.wpd

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE